Page 1 of 1

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**ALAN L. MCLEOD, JR.,**

    **Plaintiff,**

**v.**           **Case No.: 3:07cv277/MCR/MD**

**HOLIDAY ISLE, LLC, an Alabama**
**limited liability company,**

    **Defendant.**

_____/

**ORDER TEMPORARILY STAYING ALL PROCEEDINGS**
**AND TOLLING DISCOVERY**

    Pending in this case are the motion to transfer filed by defendant and the motion to remand filed by plaintiff.  The court has determined that, in the interest of justice, a stay of all further proceedings in this case is appropriate pending disposition of the parties' motions.[1]  Discovery shall be tolled until further notice by the court.

    **DONE AND ORDERED** this 26th day of July, 2007.

                                              _s/ M. Casey Rodgers_
                                                **M. CASEY RODGERS**
                                                **UNITED STATES DISTRICT JUDGE**

---

    1  The stay does not affect the parties' ability to file responses to the motions as provided in the Federal Rules of Civil Procedure and the Local Rules of this court.